An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRY DUANE BASS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66456

**FILED**

JUL 2 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER OF REVERSAL AND REMAND*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of removal, damage, or destruction of certain property to obtain scrap metal. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Appellant Terry Duane Bass contends that the district court abused its discretion by denying his presentence motion to withdraw his guilty plea because the plea was not knowingly and intelligently entered. *See Crawford v. State*, 117 Nev. 718, 721-22, 30 P.3d 1123, 1125-26 (2001); *see also Riker v. State*, 111 Nev. 1316, 1322, 905 P.2d 706, 710 (1995). We agree. Bass pleaded guilty to destroying an air conditioning unit to obtain scrap metal causing an interruption in the services provided by a utility company, a violation of NRS 202.582(3). However, Bass was not aware when he pleaded guilty that the acts he was admitting to committing did not constitute a violation of NRS 202.582(3). Thus, his plea was not knowingly and voluntarily entered. *See McCarthy v. United States*, 394 U.S. 459, 467 (1969); *Rubio v. State*, 124 Nev. 1032, 1038, 194 P.3d 1224, 1228 (2008). Accordingly, we

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22039

ORDER the judgment of conviction REVERSED AND REMAND this matter to the district court for proceedings consistent with this order.[1]

_____ , J.
Saitta

_____ , J.
Gibbons

_____ , J.
Pickering

cc:  Hon. Michael Villani, District Judge
     Law Offices of Martin Hart, LLC
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

---

[1]Because we have concluded that relief is warranted on this claim, we need not consider Bass' other contentions.